UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MATT GRAVES,                        )
           Plaintiff,      )
                                    )
v.                                  )    **JUDGMENT**
                                    )
                                    )    No. 5:10-CV-352-D
                                    )
WAKE COUNTY SOUTH                   )
WILMINGTON STREET CENTER,           )
                                    )
           Defendant.      )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court has reviewed the Memorandum and Recommendations and the record. The court is satisfied that there is no clear error on the face of the record. Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED as frivolous. The clerk is directed to close the case.

**This Judgment Filed and Entered on March 7, 2011, and Copies To:**

Matt Graves, pro se (via U.S. Postal Service to 1420 S. Wilmington Street, Raleigh, NC 37603)


March 7, 2011                    DENNIS P. IAVARONE, CLERK


                                       /s/ Debby Sawyer
                                       (By) Deputy Clerk